**Alexander FAUST, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

No. 00–7353.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 8, 2001.

Decided Feb. 14, 2001.

Alexander Faust, pro se. Beth Drake, Assistant United States Attorney, Columbia, SC, for appellee.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Alexander Faust, a federal prisoner, appeals from the denial of his petition for a

writ of mandamus. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Faust v. United States,* No. CA–00–2466–9–19 (D.S.C. Sept. 12, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*